

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2014

No. 04-14-00786-CV

**ESTATE OF MARY LUELLA CLAYTON HARDIE, DECEASED,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2008-PC-2790
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Appellant's unopposed motion to extend time to respond to appellee's motion to dismiss is hereby GRANTED. Time is extended to December 23, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court